UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HAKAN DURANTAS on behalf of himself
and all others similarly situated,

          Plaintiffs,

-against-

TABACALERA USA, INC.

          Defendant.

Case No. 1:23-cv-7818

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            January 3, 2024

Respectfully Submitted,

**/s/ Mars Khaimov**

**So Ordered.**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 1/3/24

By:    Mars Khaimov, Esq.
       100 Duffy Avenue, Suite 510
       Hicksville, New York 11801
       Tel (929) 324-0717
       Fax (929) 333-7774
       Email: mars@khaimovlaw.com
       *Attorney for Plaintiff*